UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:12-cr-00076-9 |
| | ) | |
| CHARLES EUGENE POWELL | ) | JUDGE CAMPBELL |

MOTION TO ACCEPT LATE-SUBMITTED PROPOSED PLEA AGREEMENT

Comes now the defendant, Charles Powell, by and through undersigned counsel, and respectfully requests this Honorable Court to accept the late submission of the proposed plea agreement in this case. Pursuant to this Court's Order (DE 253) granting Defendant's motion to accelerate the plea date, the plea hearing is scheduled for October 11, 2013 at noon and any proposed plea agreement was to be submitted by today, October 9, 2013. The proposed plea agreement was finalized between the parties within the last hour (5:00 p.m.). However, counsel only recently realized he did not have the fax number to the Court's chambers. As such, counsel is respectfully requesting the Court to accept the proposed plea agreement faxed to chambers on the morning of October 10, 2013. Counsel apologizes for the oversight.

Respectfully submitted this the 9th day of October, 2013.

/s James O. Martin, III
James O. Martin, III,
Tn. BOPR # 18104
BELL, TENNENT & FROGGE, PLLC
414 Union Street, Suite 904
Nashville, TN 37219
(615) 244-1110/ Fax 244-1114
jaymartinlaw@gmail.com

CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the foregoing Motion was sent via the Court's electronic filing system to the Honorable Lynne Ingram, Office of the United States Attorney, 110 9th Avenue South, Suite A-961, Nashville, Tennessee 37203, and to counsel for all co-defendants on this the 9th day of October, 2013.

                                          s/ James O. Martin, III
                                          James O. Martin, III