REV 7/11

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

Case No.: 3:12-00076-9

UNITED STATES OF AMERICA

Judge: Todd J. Campbell

V.

Hearing Date: 10/11/13

Location: ☒ Nashville  ☐ Columbia  ☐ Cookeville

Charles Powell

Court Reporter: Becky Cole

Court Interpreter:

(list each defendant appearing at hearing)

## CRIMINAL MINUTES

Government Attorney(s): James O. Martin III

Defense Attorney(s): Brent A. Hannafan

## TRIAL PROCEEDINGS

1. Jury Trial* ☐
2. Non-Jury Trial* ☐
3. Sentencing Hearing Contested* ☐
4. Supervised Release Hearing-Contested* ☐
5. Probation Revocation Hearing-Contested* ☐
6. Other Evidentiary Hearing* ☐
   (Describe #6 in comments section below)

*For items 1-6, a Witness/Exhibit List is required and must be separately filed.

## NON-TRIAL PROCEEDINGS

7. Initial Appearance/Arraignment ☐
8. Plea Hearing ☒
9. Sentencing Hearing ☐
10. Status conference ☐
11. Pretrial Conference ☐
12. Supervised Release Revocation Hearing ☐
13. Probation Revocation Hearing ☐
14. Motion Hearing ☐
15. Other Proceeding ☐
    (Describe #15 in comments section below)

JURORS (complete on day 1 only):

1.
2.
3.
4.
5.
6.
Alt 1.

7.
8.
9.
10.
11.
12.
Alt 2.

COMMENTS:

Statement of facts presented by AUSA Hanafan. Plea of guilty accepted and defendant adjudged guilty of the offense of Count One of the Superseding Indictment. Plea petition entered. Order to enter regarding sentencing.

Total Time in Court: 36 mins.

KEITH THROCKMORTON, Clerk
by: Althea F. Straughter